**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TOMMIE LEE THOMAS, JR. | CIVIL ACTION NO. 04-2617-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, considering the objections to the Report and Recommendation in the record filed by Plaintiff on November 8, 2005, and noting that as of this date Plaintiff had neither obtained counsel nor filed an additional response/reply to the Report and Recommendation, as ordered by this Court on November 10, 2005;

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for being frivolous under 28 U.S.C. §1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of December, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE